STATE EX REL. GOLDSTINE *v.* NOBLE CIRCUIT COURT, KING, JUDGE.

[No. 0-624.  Filed February 3, 1961.]

*Sam Goldstine, pro se.*

PER CURIAM—Petitioner herein requests this court to appoint the Honorable Robert S. Baker, the Public Defender of Indiana, to act as amicus curiae in a case involving petitioner and which is now pending in the Noble Circuit Court and, further, to appoint a Special Judge to hear and determine such cause of action.

This court is without authority to appoint either an amicus curiae or a Special Judge as requested in the petition herein. Therefore, such petition must be dismissed for want of jurisdiction of the subject-matter.

Petition dismissed.

NOTE.—Reported in 171 N. E. 2d 823.

TIMBER TERMINALS, INC. *v.* HASS WHOLESALE, INC.

[No. 29,977.  Filed February 14, 1961.]

*Porter R. Draper* and *Stults, Custer, Draper & Kane,* of counsel, of Gary, for appellant.

*William H. Wagner* and *Chester, Clifford, Hoeppner & Houran,* of Valparaiso, for appellee.

PER CURIAM—Appellee herein filed his motion to dismiss the appeal pursuant to Supreme Court Rule 2-15 for the reason that the time for filing appellant's brief expired on the 11th day of August 1960, and the record discloses that appellant's brief was not filed until September 1, 1960.

Appellee's motion to dismiss is sustained and the appeal dismissed for appellant's failure to comply with Supreme Court Rule 2-15.

NOTE.—Reported in 172 N. E. 2d 60.